No. 346. FINKELSTEIN & KOMMEL *v.* UNITED STATES. On writ of certiorari to the Court of Customs Appeals. Argued November 22, 1927. Decided November 28, 1927. *Per Curiam.* Reversed on the authority of *United States v. Fish,* 268 U. S. 607, 612; the decision being that § 489 of the Tariff Act of 1922 (c. 356, 42 Stat. 858, 962; U. S. C., Title 19, § 361) does not forbid the Customs Court to adopt rules of practice permitting the filing of such petitions before liquidation, that it has jurisdiction to consider petitions so filed, and its decision in this case granting the petition was not ineffective for want of jurisdiction. *Mr. Frederick W. Brooks, Jr.,* for petitioners. *Solicitor General Mitchell,* with whom *Mr. Cyril S. Lawrence* was on the brief, for the United States.

---

No. 89. E. W. BLISS COMPANY *v.* UNITED STATES. On writ of certiorari to the Court of Claims. Argued November 29, 1927. Decided November 29, 1927. *Per Curiam.* Judgment reversed and cause remanded to the Court of Claims for further findings. Counsel to enter into a stipulation as to the form of judgment to be entered in the Court of Claims. *Mr. Wm. B. King,* with whom *Messrs. Bynum E. Hinton, George A. King* and *George R. Shields* were on the brief, for petitioner. *Solicitor General Mitchell,* with whom *Assistant Attorney General Galloway* and *Messrs. Perry W. Howard* and *Louis R. Mehlinger* were on the brief, for the United States. See *post,* p. 509.